# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL C. RATLIFF,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 3:07-CV-00313-LRH-(VPC)

**ORDER**

    The Court dismissed this action without prejudice to Petitioner commencing a <u>new</u> action in which he paid the filing fee or applied for leave to proceed <u>in forma pauperis</u>. Instead of following instructions, Petitioner filed an Application to Proceed <u>in Forma Pauperis</u> (#8) and a Motion for Correction and Clarification (#10). The Court denied those motions, telling Petitioner again that he needed to commence a new action. Order (#9).

    Once more, instead of following instructions, Petitioner has submitted a Motion to Reconsider (#11), an Application to Proceed <u>in Forma Pauperis</u> (#12), and a Motion for a Pretrial Conference (#13). The Motion to Reconsider (#11) contains an argument about filing fees that the Court has already rejected in its earlier Order (#9). In both the Motion to Reconsider (#11) and the Motion for a Pretrial Conference (#13), Petitioner complains that the Clerk of the Court filed what should have been two separate petitions for writs of mandamus in this one action, which is irrelevant to the reason why the Court dismissed this action. Petitioner remains free to commence a new action, or actions, in which he submits an application to proceed <u>in forma pauperis</u> with the correct documents.

1  IT IS THEREFORE ORDERED that the Motion to Reconsider (#11), Application to
2  Proceed <u>in Forma Pauperis</u> (#12), and Motion for a Pretrial Conference (#13) are **DENIED**.
3  DATED this 30th day of October, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE